UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE FORTE,<br><br>             Plaintiff,<br><br>     vs.<br><br>TOMMY JONES,<br><br>             Defendant. | 1:11-cv-00718-OWW-SMS<br><br>ORDER GRANTING REQUEST<br>OF PRO SE LITIGANT TO<br>E-FILE |

Plaintiff has requested leave to be permitted to e-file documents in this Court's CM/ECF case management system.

The Request for Leave is GRANTED. The Clerk of the Court is directed to mail plaintiff the "Petition by Pro Se Litigant for ECF Registration and Consent to Electronic Service."

Plaintiff shall be responsible for filing all documents in paper form until such time as plaintiff signs and returns the Clerk's "Petition by Pro Se Litigant" form and is issued a login and password. Plaintiff shall contact Pacer directly and create an account.  In addition, plaintiff must provide to the clerk and must maintain a working email address.

///IT IS SO ORDERED.

Dated: __June 14, 2011__   __/s/ Oliver W. Wanger__
UNITED STATES DISTRICT JUDGE