IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE FORTE )<br><br>           Plaintiff, )<br>)<br>  v. )<br>)<br>TOMMY JONES, an individual, and )<br>DOES 1-100, et al., )<br>)<br>           Defendants. )<br>_____ ) | 1:11-cv-0718 AWI BAM<br><br>ORDER VACATING HEARING DATE OF JUNE 24, 2013, AND TAKING MATTER UNDER SUBMISSION |

    In this action for damages, plaintiff Eugene Forte has moved for appointment of counsel.  The matter was scheduled for oral argument to be held June 24, 2013.  The Court has reviewed Plaintiff's motion, and the applicable law, and has determined that the motion is suitable for decision without oral argument.  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 24, 2013, is VACATED, and no party shall appear at that time.  As of the date of this order the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 20, 2013                                     _____
                                                                         SENIOR  DISTRICT  JUDGE