UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE E. FORTE,<br><br>          Plaintiff,<br><br>     v.<br><br>TOMMY JONES,<br><br>          Defendant.<br>_____/ | Case No. 1:11-cv-00718-AWI-BAM<br><br>**ORDER SETTING TRIAL AND PRETRIAL CONFERENCE** |

On November 4, 2013, the Court held a scheduling conference to set dates for a trial and pretrial conference in this matter. Pro se Plaintiff Eugene Forte appeared in person on behalf of himself. Counsel Benjamin Ratliff appeared in person on behalf of Defendant. Having considered the parties' arguments, the Court sets the following scheduling order.

The pre-trial conference will be held on **April 16, 2014** at 8:30 a.m. in Courtroom 2 before the Honorable Anthony W. Ishii. The parties are required to appear in person. The parties are ordered to file a Joint Pretrial Statement pursuant to Local Rule 281(a)(2). The parties are further directed to submit a digital copy of their pretrial statement, in Microsoft Word format, directly to Judge Ishii's chambers by emailing it to awiorders@caed.uscourts.gov. At the pretrial conference, the Court will provide deadlines to exchange exhibits and witness lists, propose jury instructions, and file motions in limine. The parties' attention is directed to Rules 281 and 282 of the Local Rules of Practice for the

1 Eastern District of California, as to the obligations of the parties in preparing for the pre-trial
2 conference.
3       The trial will be held on **June 3, 2014** at 8:30 a.m. in Courtroom 2 before the Honorable
4 Anthony W. Ishii. A jury trial has been requested, and the parties anticipate the trial will take
5 approximately five days.  The parties' attention is directed to Local Rules of Practice for the Eastern
6 District of California.
7
8 IT IS SO ORDERED.
9   Dated:    **November 5, 2013**          /s/ *Barbara A. McAuliffe*
10                                          UNITED STATES MAGISTRATE JUDGE