UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUGENE E. FORTE,

          Plaintiff,

     v.

TOMMY JONES,

          Defendant.

_____/

Case No. 1:11-cv-00718-AWI-BAM

**ORDER ON NOTICE OF AVAILABILITY OF COUNSEL**

On February 3, 2014, plaintiff filed a Notice of Unavailability. (Doc. 124.)  The filing of a Notice of Unavailability does not relieve the party who files such a notice of that party's obligations for currently set or previously set deadlines, timeframes, or other Court obligations.

IT IS SO ORDERED.

    Dated:   **February 4, 2014**           /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

1