

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EUGENE FORTE,

        Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**
CV-F-11-718-AWI

TOMMY JONES,

        Defendant.
_____/

        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

Jury finds in favor of plaintiff and against defendant and awards plaintiff the amount of $10,000.00 in general damages and $7,500.00 in punitive damages.

DATED:                                           Marianne Matherly, Clerk

                                                                 By:
                                                               Deputy Clerk