# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUGENE E. FORTE,**<br><br>    Plaintiff<br><br>    v.<br><br>**TOMMY JONES, an individual and DOES 1 - 100,**<br><br>    **Defendants.** | CASE NO. 1:11-CV- 0718  AWI BAM<br><br>ORDER VACATING HEARING DATE OF AUGUST 11, 2014 |

    In this action for damages, plaintiff Eugene E. Forte ("Plaintiff") has notice a motion for attorneys' fees and costs.  The matter was scheduled for oral argument to be heard on August 11, 2014.  The court has preliminarily reviewed Plaintiff's motion and the opposition of defendant Tommy Jones ("Defendant") and has determined that the matter is suitable for decision without oral argument.  The court finds that the matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Should the court later determine that oral argument would be helpful to the court, the court will notify the parties and schedule a hearing at a mutually agreed time.

    Therefore, it is hereby ORDERED that the hearing date of August 11, 2014, is hereby VACATED and no party shall appear at that time.  Unless the court later determines that oral argument is necessary, the matter will be taken under submission as of August 11, 2014, and the court will later render its decision.

IT IS SO ORDERED.

Dated:  July 31, 2014

                            SENIOR  DISTRICT  JUDGE