AT-138, EJ-125

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| EUGENE FORTE Case 1:11-cv-00718-AWI-BAM   Document 202   Filed 03/23/15   Page 1 of 1<br>901 N. CARPENTER RD., PMB 32-122<br>MODESTO, CA 95351<br><br>TELEPHONE NO: 209-622-0685   FAX NO:<br>ATTORNEY FOR *(Name)*: IN PRO PER<br>NAME OF COURT: US DISTRICT COURT<br>STREET ADDRESS: 2500 TULARE STREET<br>MAILING ADDRESS: SAME AS ABOVE<br>CITY AND ZIP CODE: FRESNO, CA 93721<br>BRANCH NAME: EASTERN DISTRICT COURT | **FILED**<br><br>MAR 24 2015<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

PLAINTIFF: EUGENE FORTE

DEFENDANT: TOMMY JONES

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION | CASE NUMBER: |
|---|---|
| [✓] ENFORCEMENT OF JUDGMENT   [ ] ATTACHMENT (Third Person)<br>[✓] Judgment Debtor   [ ] Third Person | 1:11-00718-AWI-BAM |

**ORDER TO APPEAR FOR EXAMINATION**

1. TO *(name)*: TOMMY JONES
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [✓] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Local Rule 302c(1)

Date: ~~APRIL 20TH, 2015~~ April 24th, 2015   Time: ~~1:30am~~ 10:00 A.M.   Dept. or Div.:   Rm.: COURTROOM ~~2~~ 8, 6th Floor

Address of court [✓] shown above [ ] is:

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person *(name)*:

Date: 3/24/14

_____
JUDGE OR REFEREE

This order must be served not less than 10 days before the date set for the examination.
**IMPORTANT NOTICES ON REVERSE**

**APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION**

4. [✓] Judgment creditor   [ ] Assignee of record   [ ] Plaintiff who has a right to attach order
   applies for an order requiring *(name)*: TOMMY JONES   to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. [✓] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is not the court in which the money judgment is entered or *(attachment only)* the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 03/23/2015

EUGENE E FORTE   ▶ /s/ _____
*(TYPE OR PRINT NAME)*   *(SIGNATURE OF DECLARANT)*

(Continued on reverse)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>AT-138, EJ-125 [Rev. July 1, 2000] | **APPLICATION AND ORDER<br>FOR APPEARANCE AND EXAMINATION**<br>(Attachment—Enforcement of Judgment) | Code of Civil Procedure,<br>§§ 491.110, 708.110, 708.120 |