**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EUGENE E. FORTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MERCED, *et al.*,<br><br>　　　　Defendants. | Case No. 1:11-cv-00318-AWI-BAM |
| EUGENE E. FORTE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOMMY JONES, *et al.*,<br><br>　　　　Defendants, <br>　　　　　　　　　　　　　　　　　／ | Case No. 1:11-cv-00718 AWI-BAM<br><br>**ORDER RE: PLAINTIFF'S REQUEST FOR COURT TRANSCRIPTS** |

　　The Court has been informed that Plaintiff has requested partial transcripts in *Forte v. Jones, et al.*, 1:11-cv-718 AWI-BAM to address pending issues in *Forte v. County of Merced, et al.*, 1:11-cv-

1

318 AWI-BAM. The email communications from Plaintiff to court personnel have included name calling and other improper communications. The Court finds that once again, Plaintiff is engaging in unprofessional and abusive conduct. This behavior will not be tolerated.

As to the outstanding transcript request, Plaintiff has requested that the transcript excerpt only include designated matters. Such request requires a level of court reporter subjectivity. Court reporters, however, do not parse the transcript. Accordingly, the court reporter is instructed to do her professional best to accommodate this request, with the understanding that if there is a question, she will be record inclusive.

With regard to the payment of fees associated with this request, the court reporter is directed to file a fee estimate on the docket. This amount must be received before further work is commenced. To eliminate the time for a check to clear the bank, Plaintiff is advised that a cashier's check will expedite his request. If the estimate is too low, Plaintiff will be billed for the remainder of the fees. Full payment must be received before the transcript is released. If the estimate is too high, any refund will accompany the transcript.

Plaintiff is advised that future requests for transcripts shall be filed as a 1-2 page motion outlining the requested testimony. Any motion must comport with the directives contained in this order, as well as all other previous orders admonishing Plaintiff's conduct. All future communications between Plaintiff and the court reporter shall be filed on the Court's docket. The court reporter is relieved of any obligation to communicate directly with Plaintiff regarding this request or future requests.

///

///

///

///

The Clerk of the Court is directed to file this order in both *Forte v. Jones et al.*, 1:11-cv-718 AWI-BAM and *Forte v. County of Merced, et al.*, 1:11-cv-318 AWI-BAM.

IT IS SO ORDERED.

    Dated:   **April 17, 2015**               /s/ *Barbara A. McAuliffe*
                                                       UNITED STATES MAGISTRATE JUDGE